STATE OF NEW JERSEY v. CLAUDE CURRY.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ISAAC THOMAS.

September 11, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. STEVEN MICHAEL MARKS.

September 11, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK HINES.

September 11, 1987.

Petition for certification denied.